# Proposed Report of Distribution

### Case: 09-50702    GILBERT, GARY E.

Report Includes ONLY Claims with a Proposed Distribution



FILED 2010 JAN -6 PM 1:15

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON, OHIO

| Case Balance: | $1,125.00 | Total Proposed Payment: | $1,125.00 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | KATHRYN A. BELFANCE, TRUSTEE <2200-00 Trustee Expenses> | Admin Ch. 7 | 10.80 | 10.80 | 0.00 | 10.80 | 10.80 | 1,114.20 |
| | KATHRYN A. BELFANCE, TRUSTEE <2100-00 Trustee Compensation> | Admin Ch. 7 | 281.25 | 281.25 | 0.00 | 281.25 | 281.25 | 832.95 |
| SUBTOTAL FOR ADMIN CH. 7 | | | 292.05 | 292.05 | 0.00 | 292.05 | 292.05 | |
| 1 | ADVANTA BANK CORP  Claim Memo: REVIEWED CLAIM. | Unsecured | 3,700.18 | 3,700.18 | 0.00 | 3,700.18 | 57.44 | 775.51 |
| 2 | CHASE BANK USA NA  Claim Memo: REVIEWED CLAIM. | Unsecured | 15,488.01 | 15,488.01 | 0.00 | 15,488.01 | 240.39 | 535.12 |
| 3 | PYOD LLC ITS SUCCESSORS AND ASSIGNS  Claim Memo: REVIEWED CLAIM. DEBT SCHEDULED AS SEARS. | Unsecured | 10,209.44 | 10,209.44 | 0.00 | 10,209.44 | 158.46 | 376.66 |
| 4 | PYOD LLC ITS SUCCESSORS AND ASSIGNS  Claim Memo: REVIEWED CLAIM. NOT LISTED ON SCHEDULE. SUPPORT DOCUMENTS ATTACHED. | Unsecured | 208.97 | 208.97 | 0.00 | 208.97 | 3.24 | 373.42 |
| 5 | SUMMA HEALTH SYSTEM  Claim Memo: REVIEWED CLAIM. | Unsecured | 387.31 | 387.31 | 0.00 | 387.31 | 6.01 | 367.41 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA  Claim Memo: REVIEWED CLAIM. | Unsecured | 23,672.08 | 23,672.08 | 0.00 | 23,672.08 | 367.41 | 0.00 |
| SUBTOTAL FOR UNSECURED | | | 53,665.99 | 53,665.99 | 0.00 | 53,665.99 | 832.95 | |
| | Total for Case 09-50702 : | | $53,958.04 | $53,958.04 | $0.00 | $53,958.04 | $1,125.00 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $292.05 | $292.05 | $0.00 | $292.05 | 100.000000% |
| Total Unsecured Claims : | $53,665.99 | $53,665.99 | $0.00 | $832.95 | 1.552100% |

*ck #107*
*receipt #81182*